IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02271-PSF-MEH

KEN DOMANSKI;
EVERGREEN NAPA, LLC, a Colorado limited liability company; and
SOUTHWEST AUTO PARTS, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

GENUINE PARTS COMPANY, a Georgia Corporation,
a/k/a U.S. Automotive Parts Group
a/k/a Napa Auto Parts,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 35).  The Court having been fully advised in the premises hereby

ORDERS that the above-captioned action and the complaint and counterclaim be DISMISSED WITH PREJUDICE, each party to bear his or its own costs.

DATED:  September 20, 2006

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge